1818.

*Philadelphia.*

*Saturday,*
January 3.

### George *against* Hoover.

THE plaintiff arrested the defendant upon a promissory note drawn by him in favour of the plaintiff. The defendant was discharged under the insolvent act of 26th *March*, 1814, after the note was drawn, but before it was payable.

And now, on motion,

THE COURT ordered the defendant to be discharged on common bail.

The insolvent law of 26th March, 1814, discharges the defendant's person as to a note drawn before his discharge, but payable afterwards.